Antonio NUNN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59809.

Missouri Court of Appeals, Western District.

May 31, 2002.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Schaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ULRICH, P.J.,
BRECKENRIDGE and HARDWICK, JJ.

### ORDER

PER CURIAM.

Antonio Nunn appeals the denial of his Rule 24.035 motion, wherein he sought relief from conviction on one count of first-degree robbery, two counts of second-degree assault, and three counts of armed criminal action. We find no error of law after reviewing the briefs and the record on appeal. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).